**Donald D. duBoulay**                                         **305 Broadway, Suite 602**
  Attorney at Law                                               New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

                                                                      June 16, 2021

The Honorable Frederic Block
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Frank Smith
     16 Cr. 346 (FB)

Dear Judge Block:

     I write to request a postponement of the sentencing hearing in this case currently scheduled for June 24, 2021. We would request an adjournment of the sentencing hearing for 60 days. The defense needs the additional time to acquire letters and supporting documents requested by Mr. Smith in advance of the sentencing. Also, inmate visitation for clients has just recently been resumed, and Mr. Smith would request time to engage with his family before sentencing.

     I have conferred with the government and the government takes no position on this request. Additionally, Mr. Smith has a Rule 29 motion pending and would seek to have a decision on that motion prior to sentencing.

                                                          Respectfully submitted,
                                                          /s/
                                                          Donald duBoulay

cc: Jennifer Sasso, AUSA (via ECF)
    Joshua Hafaetz, AUSA (via ECF)
    Maria Cruz-Melendez-AUSA (via ECF)